# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 2:13-cr-00445-GMN-PAL |
| vs. | **ORDER** |
| MARIO ANTONIO MUNGIA, et al., | |
| Defendants. | |

Before the Court is Defendant Carlos Enrique Espinosa's Motion to Seal Document No. 30 (#31).

Defendant seeks to file Document No. 30 sealed without redaction. Exhibit C in Document No. 30 contains the full date of birth. A property address is mentioned in the motion itself, as well as in the Exhibits. *Id.* Defendant's counsel is willing to file an Amended Motion with birth date and property address redacted so the filing can be made public.

Pursuant to the Federal Rules of Criminal Procedures 49.1, unless the court orders otherwise, in an electronic or paper filing with the court, the filing may include only the year of the individual's birth and the city and state of the home address. Fed. R. Crim. P. 49.1(d) states that, "[t]he court may order that a filing be made under seal without redaction. The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record."

Given that the instant motion contains the full birthdate and complete home address, Defendant's Motion #30 must be sealed. Defendant must file an Amended Motion to Reopen Detention Hearing with the appropriate redactions which comply with Fed. R. Crim. P. 49.1.

Accordingly,

IT IS HEREBY ORDERED that Defendant Carlos Enrique Espinosa's Motion to Seal Document No. 30 (#31) is GRANTED.

IT IS FURTHER ORDERED that Defendant must file an Amended Motion to Reopen Detention Hearing with the appropriate redactions which comply with Fed. R. Crim. P. 49.1.

DATED this 31st day of January, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE